**United States District Court**
**Southern District of New York**
————————————————————————

**EVIATAR MOR, ET AL.,**

                    **Plaintiffs,**        **12 Civ. 3845 (JGK)**

      **- against -**                              **MEMORANDUM OPINION AND**
                                                                **ORDER**
**ROYAL CARIBBEAN CRUISES LTD.,**

                    **Defendant.**
————————————————————————

**JOHN G. KOELTL, District Judge:**

    The Court has received the attached letter from the defendant.

    The defendant notes that it is incorporated in Liberia and has its principal place of business in Florida. The defendant should explain to the Court whether it is an alien for the purpose of diversity because it is incorporated in Liberia. See Corporacion Venezolana de Fomento v. Vintero Sales Corp., 629 F.2d 786, 790 (2d Cir. 1980) ("[E]ven assuming such dual citizenship, the fact that alien parties were present on both sides would destroy complete diversity."). The defendant also notes that it is a limited liability corporation. The defendant should explain whether the Court must consider the citizenship of the defendants' shareholders for the purpose of diversity. See Catskill Litig. Trust v. Park Place Entmt. Corp., 169 F. App'x 658, 659 (2d Cir. 2006) (summary order) ("[T]he

citizenship of a limited liability corporation is determined by reference to the citizenship of its members." (citing Handelsman v. Bedford Village Assocs. Ltd. P'ship, 213 F.3d 48, 51-52 (2d Cir. 2000)). The defendant should also explain to the Court the citizenship status of its shareholders.

The plaintiffs should notify the Court as to whether they are lawful permanent residents of the United States, and explain to the Court the status of their lawful residence in the State of New York, in compliance with the Court's previous Order.

**The parties should comply with this Order by June 18, 2012.**
SO ORDERED.

Dated:  New York, New York
        June 11, 2012

_____
John G. Koeltl
United States District Judge

# HILL, BETTS & NASH LLP

ONE WORLD FINANCIAL CENTER
200 LIBERTY ST., 26TH FLOOR
NEW YORK, NY 10281

(212) 839-7000
FAX: (212)
WRITER'S DIRECT PHONE:

(212) 589-7515

June 7, 2012



**BY HAND**
The Honorable John G. Koeltl
United States District Court Judge
United States District Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Eviatar Mor and David Amsalem v.
                Royal Caribbean Cruises Ltd.
                12 CIV 3845(JGK)
                Our File 00006.0095

Dear Judge Koeltl:

      We represent Royal Caribbean Cruises, Ltd and will be appearing in the above matter. We write in response to Your Honor's order regarding jurisdiction issued on May 22, 2012.

      Royal Caribbean Cruises, Ltd. is a Liberian Corporation with its principal place of business at 1050 Caribbean Way, Miami, Florida. It is a limited liability corporation. It is registered with the New York Department of State, Corporations Division as a foreign business corporation.

      Thus for the purposes of 28 U.S.C. §1332(a)(2), Royal Caribbean Cruises, Ltd. would be a citizen of the State of Florida.

      Royal Caribbean Cruises, Ltd. contests venue pursuant to a ticket contract and possibly 28 U.S.C. § 1391, but based solely on the allegations in the complaint, Royal Caribbean Cruises, Ltd does not contest that the parties are diverse for the purposes of 28 U.S.C. §1332(a)(2).

                                                Respectfully,

                                                Hill, Betts & Nash, LLP

                                                Gregory O'Neill

{NY132960.1 }

The Honorable Robert W. Sweet
United States District Court Judge
June 7, 2012
Page 2


GSA/sas

cc:    Paul Batista, P.C.
*Attorney for Plaintiffs*
  *Eviatar Mor and David Amsalem*
26 Broadway – Suite 1900
New York, NY 10004
(212) 980-0070
<u>batista007@aol.com</u>